UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CULLITON,<br><br>　　　　　Plaintiff,<br>　v.<br><br>TOYOTA MOTOR CREDIT CORP.,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., AND TRANS UNION, LLC.,<br><br>　　　　　Defendants. | CASE NO. _____ |

## NOTICE OF REMOVAL

1.　　Pursuant to 28 U.S.C. § 1441 et seq., Defendant, Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

2.　　Experian is a named Defendant in Civil Action No. 839-CV-2025 filed by Plaintiff John Culliton ("Plaintiff") in the Court of Common Pleas of Wayne County, Pennsylvania (the "State Court Action").

3.　　The Complaint in the State Court Action was filed with the Prothonotary of Wayne County, Pennsylvania on December 26, 2025.

4.　　The Complaint in the State Court Action was served on Experian on January 15, 2026. The Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

5.　　This Court is the proper district court for removal because the State Court Action is pending within this district.

6. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as <u>Exhibit A</u> (personally identifiable information redacted).

7. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 11681a(f).

8. The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

9. As of the date of this Notice of Removal, Defendants Toyota Motor Credit Corp., Equifax Information Services, LLC, Trans Union, LLC, and Experian have been served. A copy of the State Court Action docket dated February 2, 2026 is attached here as <u>Exhibit B</u>. Counsel for Experian has contacted counsel and/or corporate representatives for Toyota Motor Credit Corp., Equifax Information Services, LLC, and Trans Union, LLC, and each has consented to this removal as evidenced by the consents attached hereto as <u>Exhibit C</u>, <u>Exhibit D</u>, and <u>Exhibit E</u>.

10. Promptly after filing this Notice of Removal and pursuant to 28 U.S.C. § 1446(d), Experian shall provide notice of the removal to the Plaintiff through his attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action.

Dated:  February 3, 2026

Respectfully submitted,

<u>*/s/ Mohammad A. Ghiasuddin*</u>
Mohammad A. Ghiasuddin, Esquire
MARGOLIS EDELSTEIN
The Curtis Center, Ste. 400E
170 S. Independence Mall W.
Philadelphia, PA 19106
(215) 931-5802
mghiasuddin@margolisedelstein.com

*Counsel for Defendant, Experian Information Solutions, Inc.*

3

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that this document was electronically filed with the Clerk of the Court using the CM/ECF system on the 3rd day of February, 2026, which will effectuate service upon Plaintiff's counsel, and via electronic mail and First Class U.S. Mail upon Plaintiff's counsel, as follows:

    Brett Freeman, Esq.
    Freeman Law
    358B Hamlin Highway
    Lake Ariel, PA 18436
    brett@freeman.law

                                            Respectfully submitted,

                                            */s/ Mohammad A. Ghiasuddin*
                                            *Counsel for Defendant*
                                            *Experian Information Solutions, Inc.*