# EXHIBIT B

Cover Sheet

Case No 2025-00839

Plaintiff:
    CULLITON JOHN

** (VS) **

Defendant:
    TOYOTA MOTOR CREDIT CORP

    EQUIFAX INFORMATION SERVICES LLC C/O CT CORPORATION SYSTEM

    EXPERIAN INFORMATION SOLUTIONS INC C/O CT CORPORATION SYSTEM

    TRANS UNION LLC    C/O CORPORATION SERVICE COMPANY

```
12382702022026            Wayne County Prothonotary              Page      2
       PYS835                   Docket Entries                2/02/2026

     Case No 2025-00839
          JOHN CULLITON (VS) TOYOTA MOTOR CREDIT CORP. ETAL
        Date
        Filed
- - - - - - - - - - - - - - - FIRST ENTRY - - - - - - - - - - - - - - -

   1 12/26/25 CAPTION: JOHN CULLITON VS. TOYOTA MOTOR CREDIT CORP., EQUIFAX
              INFORMATION SERVICES, LLC, C/O CT CORPORATION SYSTEM, EXPERIAN
              INFORMATION SOLUTIONS, INC., C/O CT CORPORATION SYSTEM, TRANS
              UNION, LLC, C/O CORPORATION SERVICE COMPANY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   2 12/26/25 CIVIL COVER SHEET  -  SUPREME COURT OF PENNSYLVANIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   3 12/26/25 COMPLAINT
              / CERTIFICATION OF COMPLIANCE
              **SCANNED**

- - - - - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - - - - -
```