# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CULLITON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: |
| | ) |
| TOYOTA MOTOR CREDIT CORP., | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, EXPERIAN | ) |
| INFORMATION SOLUTIONS, INC., | ) |
| AND TRANS UNION, LLC, | |
| | |
| Defendants. | |

## DEFENDANT TOYOTA MOTOR CREDIT CORP.'S CONSENT TO REMOVAL

Defendant Toyota Motor Credit Corp. acknowledges its consent to removal of this action from the Court of Common Pleas of Wayne County, Pennsylvania to the United States District Court for the Middle District of Pennsylvania.

Dated: January 30, 2026                     Respectfully submitted,


                                            */s/Daniel C. Fleming*
                                            **Counsel for Defendant**
                                            ***Toyota Motor Credit Corp.***