# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN CULLITON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: |
| | ) |
| **TOYOTA MOTOR CREDIT CORP.,** | ) |
| **EQUIFAX INFORMATION** | ) |
| **SERVICES, LLC, EXPERIAN** | ) |
| **INFORMATION SOLUTIONS, INC.,** | ) |
| **AND TRANS UNION, LLC,** | |
| | |
| **Defendants.** | |

**DEFENDANT TRANS UNION, LLC'S CONSENT TO REMOVAL**

Defendant Trans Union, LLC acknowledges its consent to removal of this action from the Court of Common Pleas of Wayne County, Pennsylvania to the United States District Court for the Middle District of Pennsylvania.

Dated:  January 30, 2026                                         Respectfully submitted,


                                                                                      */s/Myra D. Feagin*_____
                                                                                      **Counsel for Defendant**
                                                                                      **Trans Union, LLC**