UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA (SCRANTON)

---

JOHN CULLITON,  
    Plaintiff,

CASE NO. 3:26-cv-00262-KM

vs.

TOYOTA MOTOR CREDIT CORP.;  
EQUIFAX INFORMATION SERVICES, LLC;  
EXPERIAN INFORMATION SOLUTIONS, INC.;  
and TRANS UNION LLC;  
    Defendants.

---

### TRANS UNION LLC'S ENTRY OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendant, Trans Union LLC, in the above matter.

Date: February 4, 2026

Respectfully submitted,

/s/   John W. Purcell, Esq.  
John W. Purcell, Jr., Esq.  
 (PA #29955)  
Leon P. Haller, Esq. (PA #15700)  
Purcell Krug & Haller  
1719 N. Front Street  
Harrisburg, PA  17102  
Telephone: 717-234-4178  
Fax: 717-234-1206  
E-Mail: jpucell@pkh.com  
E-Mail: lhaller@pkh.com

*Local Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **4th day of February, 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Brett M. Freeman, Esq. brett@freeman.law | Mohammad A. Ghiasuddin, Esq. mghiasuddin@margolisedelstein.com |
|---|---|
| Daniel C. Fleming, Esq. dfleming@wongfleming.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **4th day of February, 2026**, properly addressed as follows:

| None. | |
|---|---|

John W. Purcell, Jr., Esq.
 (PA #29955)
Leon P. Haller, Esq. (PA #15700)
Purcell Krug & Haller
1719 N. Front Street
Harrisburg, PA  17102
Telephone:  717-234-4178
Fax:  717-234-1206
E-Mail:  jpucell@pkh.com
E-Mail:  lhaller@pkh.com

*Counsel for Defendant Trans Union, LLC*