# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA (SCRANTON)

JOHN CULLITON,
    Plaintiff,

vs.

TOYOTA MOTOR CREDIT CORP.;
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
and TRANS UNION LLC;
    Defendants.

CASE NO. 3:26-cv-00262-KM

## TRANS UNION LLC'S
## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
## (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, **Defendant Trans Union LLC** makes the following disclosure:

1. Is the party a non-governmental corporate party?

    **XX** Yes      _____ No

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    TransUnion LLC has as its parent corporations TransUnion Intermediate Holdings, Inc. and TransUnion.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

TransUnion LLC is a limited liability company organized under the laws of Delaware.

<u>TransUnion LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU.  Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.</u>

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Date: <u>February 4, 2026</u>                                    Respectfully submitted,


                                                                <u>/s/     John W. Purcell, Esq.</u>
                                                                John W. Purcell, Jr., Esq.
                                                                 (PA #29955)
                                                                Leon P. Haller, Esq. (PA #15700)
                                                                Purcell Krug & Haller
                                                                1719 N. Front Street
                                                                Harrisburg, PA  17102
                                                                Telephone:  717-234-4178
                                                                Fax:  717-234-1206
                                                                E-Mail:  <u>jpucell@pkh.com</u>
                                                                E-Mail:  <u>lhaller@pkh.com</u>

                                                                *Local Counsel for Defendant Trans Union, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **4th day of February, 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Brett M. Freeman, Esq. brett@freeman.law | Mohammad A. Ghiasuddin, Esq. mghiasuddin@margolisedelstein.com |
| Daniel C. Fleming, Esq. dfleming@wongfleming.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **4th day of February, 2026**, properly addressed as follows:

| | |
|---|---|
| None. | |

John W. Purcell, Jr., Esq.
 (PA #29955)
Leon P. Haller, Esq. (PA #15700)
Purcell Krug & Haller
1719 N. Front Street
Harrisburg, PA  17102
Telephone:  717-234-4178
Fax:  717-234-1206
E-Mail:  jpucell@pkh.com
E-Mail:  lhaller@pkh.com

*Counsel for Defendant Trans Union, LLC*