IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CULLITON,<br><br>    Plaintiff,<br>v.<br><br>TOYOTA MOTOR CREDIT CORP.,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., AND TRANS UNION, LLC,<br><br>    Defendants. | CASE NO. 3:26-CV-00262-KM |

**CORPORATE DISCLOSURE STATEMENT OF
EXPERIAN INFORMATION SOLUTIONS, INC.**

The undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies pursuant to Fed. R. Civ. P. 7.1 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Experian is a non-governmental corporate entity.

2. Parent Companies: The ultimate parent company of Experian is Experian plc.

3. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

    (a)   Central Source LLC

    (b)   Online Data Exchange LLC

    (c)   New Management Services LLC

    (d)   VantageScore Solutions LLC

    (e)   Opt-Out Services LLC

4. Publicly Held Companies: Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

- 2 -

Date:  February 4, 2025                           Respectfully submitted,

                                                  <u>*/s/ Mohammad A. Ghiasuddin*</u>
                                                  Mohammad A. Ghiasuddin, Esquire
                                                  PA Attorney ID No. 83925
                                                  MARGOLIS EDELSTEIN
                                                  The Curtis Center, Ste. 400E
                                                  170 S. Independence Mall W.
                                                  Philadelphia, PA 19106
                                                  mghiasuddin@margolisedelstein.com

                                                  *Counsel for Defendant, Experian*
                                                  *Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

    The undersigned does hereby certify that this document was electronically filed with the Clerk of the Court using the CM/ECF system on the 4th day of February, 2026, which will effectuate service upon Plaintiff via email.

    Respectfully submitted,

    */s/ Mohammad A. Ghiasuddin*
    *Counsel for Defendant*
    *Experian Information Solutions, Inc.*