# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR : CASE NO. 3:26-cv-00262-KM
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, __Myra D. Feagin__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: 10333 North Meridian Street, Suite 200

Indianapolis, IN 46290

Office Telephone: 317-497-5600, Ext. 607

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Indiana Supreme Court - 10/08/2020

Michigan Supreme Court - 10/29/2020

USDC, Southern District of IN 01/15/2025; USDC, Eastern District of MI 05/04/2021

USDC, Northern District of IL 01/06/2026

My attorney Identification number is: IN# 36457-49

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____ Date: _____

__✓__ SPECIAL ADMISSION: _Karoline Mehalchick_
GRANTED BY THE COURT _____ Date: 2/6/26