UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CULLITON,<br><br>     Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORP., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC.<br><br>     Defendants. | Case No.: 3:26-cv-00262-KM<br><br>Hon. Karoline Mehalchick<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Daniel C. Fleming, of Wong Fleming, hereby appears in this action on behalf of Toyota Motor Credit Corporation. All papers in this Action should be served upon the undersigned at the address indicated.

                **WONG FLEMING, P.C.**

                By: */s/Daniel C. Fleming*
                Daniel C. Fleming, Esq., (SBN 80126)
                400 Alexander Park Drive, Suite 201
                Princeton, NJ, 08540
                Phone: (609)-951-9520
                Fax: (609)-951-0270
                Email: dfleming@wongfleming.com
                *Attorneys for Defendant, Toyota Motor Credit Corporation*