# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CULLITON,<br><br>               Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORP.,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., AND TRANS UNION, LLC.<br><br>               Defendants. | Case No.: 3:26-cv-00262-KM<br><br>Hon. Karoline Mehalchick<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Pursuant to Fed. R. Civ. P. 6(b) It is hereby stipulated and agreed between Plaintiff, John Culliton, and Defendant, Toyota Motor Credit Corp. ("TMCC"), by and through their undersigned and respective attorneys, that TMCC be granted a 30-day extension up to and including March 4, 2026 to answer or otherwise respond to Plaintiff's Complaint.

| | |
|---|---|
| */s/Brett Freeman*<br>Brett Freeman<br>Freeman Law<br>358B Hamlin Highway<br>Lake Ariel, PA 18436<br>*Attorneys for Plaintiff John Culliton* | */s/Daniel C. Fleming*<br>Daniel C. Fleming, Esq. (Bar No. 80126)<br>**WONG FLEMING, P.C.**<br>1500 John F. Kennedy Blvd.,<br>Two Penn Center Plaza, Suite 810<br>Philadelphia, PA19102<br>*Attorneys for Defendant Toyota Motor Credit Corp.* |