IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CULLITON,<br><br>    Plaintiff,<br>  v.<br><br>TOYOTA MOTOR CREDIT CORP.,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., AND TRANS UNION, LLC.,<br><br>    Defendants. | CASE NO. 3:26-CV-00262-KM |

**STIPULATION TO EXTEND TIME FOR DEFENDANT EXPERIAN
INFORMATION SOLUTIONS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

It is hereby STIPULATED and AGREED, by and between the undersigned counsel for Plaintiff John Culliton and Defendant Experian Information Solutions, Inc., and pursuant to Fed. R. Civ. P. 6(b), that the time for said Defendant to answer, move, or otherwise respond to the Complaint in this action is extended through and including March 6, 2026.  No prior extensions of time have been requested.  It is respectfully requested that the Court approve this stipulation.

    **IT IS SO STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Brett Freeman*<br>Brett Freeman, Esquire<br>PA Attorney ID. No. 308834<br>Freeman Law<br>358B Hamlin Highway<br>Lake Ariel, PA 18436<br>brett@freeman.law<br><br>*Counsel for Plaintiff*<br><br>Dated: February 6, 2026 | */s/ Mohammad A. Ghiasuddin*<br>Mohammad A. Ghiasuddin, Esquire<br>PA Attorney ID No. 83925<br>MARGOLIS EDELSTEIN<br>The Curtis Center, Ste. 400E<br>170 S. Independence Mall W.<br>Philadelphia, PA 19106<br>mghiasuddin@margolisedelstein.com<br><br>*Counsel for Defendant, Experian*<br>*Information Solutions, Inc.*<br><br>Dated: February 6, 2026 |

**IT IS SO ORDERED:**

**Dated: February \_\_\_, 2026**

_____