UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CULLITON, | : CASE NO. 3:26-cv-00262-KM |
| Plaintiff, | : Hon. Karoline Mehalchick |
| v. | : |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | : ORDER |
| Defendants. | : |

THIS COURT, having considered the Stipulation Extending Time to Answer as to Defendant, Toyota Motor Credit Corporation ("Defendant"), stipulated to between counsel for Defendant and counsel for plaintiff, Brett Freeman ("Plaintiff"), and filed by Wong Fleming, P.C., Daniel C. Fleming, attorneys for Defendant, on notice to Plaintiff and his attorney; and the Court having determined that good cause exists to grant the relief requested;

///

IT IS on this 9th day of February, 2026, **ORDERED** as follows:

1. The Stipulation between the parties Extending Time to Answer as to Defendant Toyota Motor Credit Corporation is hereby **GRANTED**, and

2. Defendant Toyota Motor Credit Corporation's time to answer, move or otherwise respond is hereby extended an additional thirty (30) days until March 4, 2026.

_Karoline Mehalchick_

Date: 2/9/26