# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CULLITON,<br><br>             Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORP., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC.<br><br>             Defendants. | Case No.: 3:26-cv-00262-KM<br><br>Hon. Karoline Mehalchick<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Pursuant to Fed. R. Civ. P. 6(b) It is hereby stipulated and agreed between Plaintiff, John Culliton, and Defendant, Equifax Information Services, LLC ("Equifax"), by and through their undersigned and respective attorneys, that Equifax be granted an extension up to and including February 18, 2026 to answer or otherwise respond to Plaintiff's Complaint.

*/s/Brett Freeman*
Brett Freeman
Freeman Law
358B Hamlin Highway
Lake Ariel, PA 18436
*Attorneys for Plaintiff John Culliton*

/*s/ Vincent M. Roskovensky*
Vincent M. Roskovensky
CLARK HILL PLC
One Oxford Center
301 Grant St., 14th Floor
Pittsburgh, PA 15219
412-394-7716
vroskovensky@clarkhill.com

*Attorneys for Defendant Equifax Information Services, LLC*