## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CULLITON, | : CASE NO. 3:26-cv-00262-KM |
| Plaintiff, | : Hon. Karoline Mehalchick |
| v. | : **[PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | : |
| Defendants. | : |

THIS COURT, having considered the Stipulation Extending Time to Answer as to Defendant, Equifax Information Sevices, LLC ("Defendant"), stipulated to between counsel for Defendant and counsel for plaintiff, Brett Freeman ("Plaintiff"), and filed by Clark Hill, PLC, Vincent M. Roskovensky, attorneys for Defendant, on notice to Plaintiff and his attorney; and the Court having determined that good cause exists to grant the relief requested;

///

**IT IS** on this ____ day of _____, 2026, **ORDERED** as follows:

1. The Stipulation between the parties Extending Time to Answer as to Defendant Equifax Information Services, LLC is hereby **GRANTED**, and

2. Defendant Equifax Information Services, LLC's time to answer, move or otherwise respond is hereby extended up to and including February 18, 2026.

_____

Date: _____