UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CULLITON,

          Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

          Defendants.

CASE NO. 3:26-cv-00262-KM

Hon. Karoline Mehalchick

**ORDER**

THIS COURT, having considered the Stipulation Extending Time to Answer as to Defendant, Equifax Information Sevices, LLC ("Defendant"), stipulated to between counsel for Defendant and counsel for plaintiff, Brett Freeman ("Plaintiff"), and filed by Clark Hill, PLC, Vincent M. Roskovensky, attorneys for Defendant, on notice to Plaintiff and his attorney; and the Court having determined that good cause exists to grant the relief requested;

///

IT IS on this 12th day of February, 2026, **ORDERED** as follows:

1. The Stipulation between the parties Extending Time to Answer as to Defendant Equifax Information Services, LLC is hereby **GRANTED**, and

2. Defendant Equifax Information Services, LLC's time to answer, move or otherwise respond is hereby extended up to and including February 18, 2026.

*Karoline Mehalchick*

Date: 2/12/26