IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA (SCRANTON)

JOHN CULLITON,

          Plaintiff,         Case No.: 3:26-cv-00262-KM

    v.

EXPERIAN INFORMATION SOLUTIONS,
INC., TOYOTA MOTOR CREDIT CORP.,
EQUIFAX INFORMATION SERVICES,
LLC and TRANS UNION, LLC,

          Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Vincent M. Roskovensky of the law firm of Clark Hill PLC, respectfully enters his appearance in this matter as counsel for Equifax Information Services, LLC.

Date: February 12, 2026

          Respectfully submitted,

          */s/ Vincent M. Roskovensky*
          Vincent M. Roskovensky
          Pa. I.D. 89447
          CLARK HILL PLC
          One Oxford Centre
          301 Grant St., 14th Floor
          Pittsburgh, PA  15219
          Tel: 412-394-7716
          vroskovensky@clarkhill.com

          *Attorneys for Equifax Information Services, LLC*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this February 12, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record:

    */s/ Vincent M. Roskovensky*
Vincent M. Roskovensky
*Counsel Equifax Information Services, LLC*