IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA (SCRANTON)

JOHN CULLITON,

          Plaintiff,        Case No.: 3:26-cv-00262-KM

    v.

EXPERIAN INFORMATION SOLUTIONS,
INC., TOYOTA MOTOR CREDIT CORP.,
EQUIFAX INFORMATION SERVICES,
LLC and TRANS UNION, LLC,

          Defendants.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, files its Answer and Defenses to Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

**ANSWER**

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

**INTRODUCTORY STATEMENT**

1. Equifax admits Plaintiff purports to bring claims pursuant to the Fair Credit Reporting Act ("FCRA"). Equifax denies any allegation it violated the FCRA as stated in Paragraph 1. Equifax denies it caused Plaintiff to suffer damages.

## PARTIES

2. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

3. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

4. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

5. Equifax admits to the allegations in Paragraph 5.

6. Equifax admits it is a consumer reporting agency as defined by the FCRA.

7. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

8. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

9. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

10. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

## JURISDICTION AND VENUE

11. To the extent Plaintiff has properly alleged their claims, Equifax admits the Court may exercise its jurisdiction.

12. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

286436432.v1

## FACTUAL ALLEGATIONS

13. Equifax reasserts and re-alleges its responses as set forth above.

14. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

15. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

16. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

17. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

18. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

19. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

20. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

21. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

22. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

## DISPUTE LETTERS TO EXPERIAN

23. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

286436432.v1

24. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

25. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

26. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

27. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

28. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

29. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

30. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

31. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

32. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

33. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

34. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

35. After reasonable investigation, Equifax is without knowledge or information

286436432.v1

sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

## DISPUTE LETTERS TO EQUIFAX

36. Equifax admits the allegations in Paragraph 36. Equifax sent Toyota a dispute resulting from the February 13, 2025 letter sent by Plaintiff. Toyota responded with an update for the tradeline. Equifax denies that it reported any inaccurate information regarding the Toyota account.

37. Equifax admits the allegations in Paragraph 37. Equifax sent Toyota a dispute resulting from the February 13, 2025 letter sent by Plaintiff. Toyota responded with an update for the tradeline. Equifax denies that it reported any inaccurate information regarding the Toyota account.

38. Equifax admits the allegations in Paragraph 38. Equifax sent Toyota a dispute resulting from the February 13, 2025 letter sent by Plaintiff. Toyota responded with an update for the tradeline. Equifax denies that it reported any inaccurate information regarding the Toyota account.

39. Equifax admits the allegations in Paragraph 39. Equifax sent Toyota a dispute resulting from the February 13, 2025 letter sent by Plaintiff. Toyota responded with an update for the tradeline. Equifax denies that it reported any inaccurate information regarding the Toyota account.

40. Equifax denies the allegations in Paragraph 40.

41. Equifax admits the allegations in Paragraph 41. Equifax sent Toyota a dispute resulting from the February 13, 2025 letter sent by Plaintiff. Toyota responded with an update for the tradeline. Equifax denies that it reported any inaccurate information regarding the Toyota account. Equifax admits that on February 20, 2025, it sent a letter to Plaintiff requesting more

information about their identification. The dispute was started and completed but the results were not mailed to Plaintiff as there was a discrepancy in the Plaintiff's identifying information.

42. Equifax admits that on February 20, 2025, it sent a letter to Plaintiff requesting more information about their identification.

43. Equifax admits that on February 20, 2025, it sent a letter to Plaintiff requesting more information about their identification.

44. Equifax admits the allegations in Paragraph 44. Equifax admits it received a second dispute on July 27, 2025.

45. Equifax admits to the allegations in Paragraph 45.

46. As the investigation had already been completed from the February 20, 2025 dispute, Equifax denies that it forwarded the second dispute letter to Toyota.

47. As the investigation had already been completed from the February 20, 2025 dispute, Equifax denies that it forwarded the second dispute letter to Toyota.

48. As the investigation had already been completed from the February 20, 2025 dispute, Equifax denies that it forwarded the second dispute letter to Toyota.

49. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

### DISPUTE LETTERS TO TRANS UNION

50. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

51. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

52. After reasonable investigation, Equifax is without knowledge or information

sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

53. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

54. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

55. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

56. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

57. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

58. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

59. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

60. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

61. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

**TOYOTA'S RECEIPT OF DISPUTE LETTERS**

62. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

63. After reasonable investigation, Equifax is without knowledge or information

286436432.v1

sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

64. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

65. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

66. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

67. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

68. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

69. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

70. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

**Count I – Violation of the Fair Credit Reporting Act**
**(Applies toe Experian, Equifax and Trans Union)**

71. Equifax reasserts and re-alleges its responses as set forth above.

72. Equifax denies the allegations in Paragraph 72. Equifax denies it violated the FCRA.

73. Equifax denies the allegations in Paragraph 73. Equifax denies it violated the FCRA.

286436432.v1

74. Equifax denies the allegations in Paragraph 74. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

75. Equifax denies the allegations in Paragraph 75. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

76. Equifax denies the allegations in Paragraph 76. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

**Count II – Violation of the Fair Credit Reporting Act**
**(Applies to Toyota)**

77. Equifax reasserts and re-alleges its responses as set forth above.

78. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

79. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

80. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied.

81. After reasonable investigation, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations and the same are therefore denied. Equifax denies Plaintiff is entitled to any relief claimed in the "WHEREFORE" Paragraph following Paragraph 81.

286436432.v1

**TRIAL BY JURY**

82. Equifax admits that Plaintiff demands a trial by jury.

**AFFIRMATIVE DEFENSES**

Defendant Equifax Information Services LLC states the following Affirmative Defenses:

1. Plaintiff's Complaint fails to state a claim against Equifax upon which relief can be granted.

2. At all pertinent times, Equifax maintained reasonable procedures to assure maximum possible accuracy in its credit reports.

3. The information which Equifax reported on Plaintiff's credit report was true or substantially true.

4. Equifax adopts by reference the defenses, criteria, limitations, standards and constitutional protections mandated or provided by the United States Supreme Court in the following cases: *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v. Leatherman Tool Group, Inc.,* 532 U.S. 923 (2001); *State Farm v. Campbell*, 538 U.S. 408 (2003), and *Safeco Insurance Co. of America v. Burr*, 551 U.S. 47 (2007).

5. Equifax has complied with the Fair Credit Reporting Act in its handling of Plaintiff's credit file and is entitled to each and every defense stated in the Act and any and all limitations of liability.

6. Plaintiff cannot meet the requirements of 15 U.S.C. § 1681n in order to recover punitive or statutory damages.

7. Equifax states that the Complaint is barred by the doctrines of *res judicata* and collateral estoppel due to the prior lawsuit between these same parties which was resolved via a

dismissal with prejudice, styled: *Patrick Garvin v. Equifax Information Services LLC*, 3:21-cv-000426-CHB (U.S. District Court for the Western District of Kentucky).

    8.    Equifax reserves the right to assert additional defenses that it learns through the course of discovery.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

    1.    Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

    2.    it recover such other and additional relief as the Court deems just and appropriate.

DATED:  February 12, 2026

Respectfully submitted,

CLARK HILL PLC

/s/ *Vincent M. Roskovensky*
Vincent M. Roskovensky
CLARK HILL PLC
One Oxford Centre
301 Grant St., 14th Floor
Pittsburgh, PA 15219
412-394-7716
vroskovensky@clarkhill.com

*Counsel for Defendant Equifax Information Services LLC*

286436432.v1

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on February 12, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record.

                /s/ *Vincent M. Roskovensky*
                Vincent M. Roskovensky

286436432.v1