**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN CULLITON, <br><br> Plaintiff(s), <br><br> v. <br><br> TOYOTA MOTOR CREDIT CORP., ET AL., <br><br> Defendant(s)/ <br> Third-Party Plaintiff(s), <br><br> v. <br><br> _____, <br><br> Third-Party Defendant(s). | Civil Action No. 3:26-cv-00262-KM |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant,
(type of party)
who is Equifax Information Services, LLC, makes the following disclosure:
(name of party)

Page 1 of  2

1.  Is the party a non-governmental corporate party?

    ☑ YES     ☐ NO

2.  If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    These parent corporations and publicly held corporations own 10% or more of the filer's shares:

    Defendant Equifax Information Services LLC is a wholly owned subsidiary of Equifax Inc. Equifax Inc., which is a publicly traded company on the New York Stock Exchange, is the sole parent of Equifax. No other entity owns 10% or more of Equifax's stock

3.  If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    Defendant Equifax Information Services LLC is a wholly owned subsidiary of Equifax Inc.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Vincent M. Roskovensky
Signature of Counsel for Party

Date: February 12, 2026