UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CULLITON,<br><br>       Plaintiff,<br>v.<br>TOYOTA MOTOR CREDIT CORP., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC.<br><br>       Defendants. | Case No.: 3:26-cv-00262-KM<br><br> Hon. Karoline Mehalchick<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |

Pursuant to Rule 7.1. of the Federal Rules of Civil Procedure, Defendant Toyota Motor Credit Corporation, through its undersigned counsel, hereby states that it is wholly owned by Toyota Motor Corporation, a Japanese Corporation, which is a publicly held corporation.

Dated: February 19, 2026

Respectfully submitted,

**WONG FLEMING**

By: */s/Daniel C. Fleming*
Daniel C. Fleming, Esq., (SBN 80126)
400 Alexander Park Drive, Suite 201
Princeton, NJ, 08540
Phone: (609)-951-9520
Fax: (609)-951-0270
Email: dfleming@wongfleming.com

*Attorneys for Defendant, Toyota Motor Credit Corporation*