UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN CULLITON,**<br><br>    *Plaintiff,*<br><br>v.<br><br>**TOYOTA MOTOR CREDIT CORP. EQUIFAX INFROMATION SERVICES, LLC., EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC.,**<br><br>    *Defendants.* | Case No. 3:26-cv-00262-KM |

### DEFENDANT TOYOTA MOTOR CREDIT CORPORATION'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant Toyota Motor Credit Corporation ("TMCC" and "Defendant"), by and through its undersigned counsel, hereby submits this Answer and Affirmative Defenses in response to Plaintiff John Culliton's ("Culliton") Complaint.

### INTRODUCTORY STATEMENT[1]

1.      TMCC denies the allegations of Paragraph 1 of the Complaint.

### PARTIES

2.      TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2 of the Complaint, leaves Plaintiff to his proofs and further

---

[1] The use of Plaintiff's headings from the Complaint are for the convenience of the reader and for no other reason.  TMCC does make any admissions as to the headers and to the extent they are construed as allegations, TMCC denies those allegations.

1

notes that Plaintiff has apparently improperly redacted his address from this allegation, thereby rendering a response to this allegation impossible.

3. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs. Further answering, TMCC states that 15 U.S.C. §1692(a)(3) speaks for itself and is the best evidence of its contents; TMCC denies any attempt to characterize this statute.

4. TMCC admits the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

5. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

6. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

7. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

8. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

9. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

10. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

## JURISDICTION AND VENUE

11. The allegations of paragraph 11 of the Complaint are legal conclusions to which no response is required; to the extent a response is required, TMCC denies those allegations.

12. The allegations of paragraph 12 of the Complaint are legal conclusions to which no response is required; to the extent a response is required, TMCC denies those allegations.

## FACTUAL ALLEGATIONS

13. TMCC repeats its responses to the foregoing paragraphs of the Complaint as if set forth fully at length herein.

14. TMCC admits the allegations set forth in this paragraph of the Complaint.

15. TMCC admits the allegations set forth in this paragraph of the Complaint.

16. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

17. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

18. TMCC denies the allegations set forth in this paragraph of the Complaint.

19. TMCC denies the allegations set forth in this paragraph as pleaded.

20. TMCC denies the allegations set forth in this paragraph of the Complaint.

21. Defendant denies the allegations set forth in this paragraph of the Complaint.

22. TMCC denies the allegations set forth in this paragraph of the Complaint.

## DISPUTE LETTERS TO EXPERIAN

23. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

24. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

25. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

26. TMCC admits the allegations set forth in this paragraph of the Complaint.

27. TMCC denies the allegations set forth in this paragraph of the Complaint.

28. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

29. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

30. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

31. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

32. TMCC admits the allegations set forth in this paragraph of the Complaint.

33. TMCC denies the allegations set forth in this paragraph of the Complaint.

34. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

35. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

**DISPUTE LETTERS TO EQUIFAX**

36. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

37. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

38. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

39. TMCC admits the allegations set forth in this paragraph of the Complaint.

40. TMCC denies the allegations set forth in this paragraph of the Complaint.

41. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

42. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs .

43. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

44. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs. 45. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

46. TMCC admits the allegations set forth in this paragraph of the Complaint.

47. TMCC denies the allegations set forth in this paragraph of the Complaint.

48. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

49. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

**DISPUTE LETTERS TO TRANS UNION**

50. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

51. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

52. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

53. TMCC admits the allegations set forth in this paragraph of the Complaint.

54. TMCC denies the allegations set forth in this paragraph of the Complaint.

55. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

56. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

57. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

58. TMCC admits the allegations set forth in this paragraph of the Complaint.

59. TMCC denies the allegations set forth in this paragraph of the Complaint.

60. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

61. TMCC lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and leaves Plaintiff to his proofs.

### **TOYOTA'S RECEIPT OF DISPUTE LETTERS**

62. TMCC admis the allegations set forth in this paragraph of the Complaint.

63. TMCC admis the allegations set forth in this paragraph of the Complaint.

64. TMCC admis the allegations set forth in this paragraph of the Complaint.

65. TMCC admis the allegations set forth in this paragraph of the Complaint.

66. TMCC admis the allegations set forth in this paragraph of the Complaint.

67. TMCC admis the allegations set forth in this paragraph of the Complaint.

68. TMCC denies the allegations set forth in this paragraph of the Complaint.

69. TMCC denies the allegations set forth in this paragraph of the Complaint as pleaded.

70. TMCC denies the allegations set forth in this paragraph of the Complaint as pleaded.

## COUNT I
### VIOLATION OF THE FAIR CREDIT REPORTING ACT (APPLIES TO EXPERIAN, EQUIFAX, AND TRANS UNION)

71. TMCC repeats the responses to all of the foregoing paragraphs of the Complaint and incorporates them by reference.

72. TMCC denies the allegations set forth in this paragraph of the Complaint.

73. TMCC denies the allegations set forth in this paragraph of the Complaint.

74. TMCC denies the allegations set forth in this paragraph of the Complaint.

75. TMCC denies the allegations set forth in this paragraph of the Complaint.

76. TMCC denies the allegations set forth in this paragraph of the Complaint.

### COUNT II – VIOLATION OF THE FAIR CREDIT REPORTING ACT (APPLIES TO TOYOTA MOTOR CREDIT COMPANY LLC)

77. TMCC repeats the responses to all of the foregoing paragraphs of the Complaint and incorporates them by reference.

78. TMCC denies the allegations set forth in this paragraph of the Complaint.

79. TMCC denies the allegations set forth in this paragraph of the Complaint.

80. TMCC denies the allegations set forth in this paragraph of the Complaint.

81. TMCC denies the allegations set forth in this paragraph of the Complaint.

WHEREFORE, TMCC respectfully requests that judgment be entered against Plaintiff dismissing Plaintiff's Complaint with prejudice and with costs assessed against Plaintiff,

reasonable attorneys' fees and costs, and for such other relief as the Court may deem just and proper.

82. TMCC avers that the allegations contained in paragraph 82 of the Complaint constitute a demand for a jury trial and/or legal conclusions to which no response is required. To the extent that a response is deemed necessary, the allegations are denied.

## AFFIRMATIVE DEFENSES

TMCC hereby asserts the following as affirmative defenses to the Complaint but does not concede that by doing so, it bears the burden of proof.

### FIRST AFFIRMATIVE DEFENSE

Defendant states that Plaintiff Culliton has failed to mitigate any damages allegedly suffered.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against TMCC upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

At all pertinent times, TMCC maintained reasonable procedures to assure maximum possible accuracy in its credit reports.

### FOURTH AFFIRMATIVE DEFENSE

The information which TMCC reported on Plaintiff's credit report was true or substantially true.

## FIFTH AFFIRMATIVE DEFENSE

TMCC adopts by reference the defenses, criteria, limitations, standards and constitutional protections mandated or provided by the United States Supreme Court in the following cases: *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v. Leatherman Tool Group, Inc.*, 532 U.S. 923 (2001); *State Farm v. Campbell*, 538 U.S. 408 (2003), and *Safeco Insurance Co. of America v. Burr*, 551 U.S. 47 (2007).

## SIXTH AFFIRMATIVE DEFENSE

TMCC has complied with the Fair Credit Reporting Act (the "Act") in its handling of Plaintiff's credit file and is entitled to each and every defense stated in the Act and any and all limitations of liability.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff cannot meet the requirements of 15 U.S.C. § 1681n or § 1681o in order to recover punitive or statutory

## EIGHTH AFFIRMATIVE DEFENSE

TMCC reserves the right to assert additional defenses that it learns through the course of discovery.

DATED: February 19, 2026                WONG FLEMING, P.C.

                                        By: */s/ Daniel C. Fleming*
                                            Daniel C. Fleming
                                            400 Alexander Park Drive, Suite 201
                                            Princeton, New Jersey 08540
                                            SBN.: 80126
                                            Tel: (609) 951-9520
                                            Fax: (609)951-0270
                                            dfleming@wongfleming.com
                                            *Attorney for Defendant Toyota Motor Credit Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February 2026, a true and correct copy of the foregoing was filed via the ECF filing system.

WONG FLEMING, P.C.

By: /s/ Daniel C. Fleming
        Daniel C. Fleming
