UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CULLITON,<br><br>       Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR CREDIT CORP.,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., AND TRANS UNION, LLC,<br><br>       Defendants. | CASE NO. 3:26-cv-00262-KM |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT[1]**

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and responds to the allegations in the Complaint and Demand for Jury Trial (ECF No. 1) ("Complaint"), filed by Plaintiff John Culliton ("Plaintiff"), as follows. Experian denies, generally and specifically, any and all allegations in the Complaint and Jury Demand not specifically admitted in the paragraphs below. Experian further states that it lacks knowledge or information sufficient to form a belief about the truth or falsity of any and all allegations that relate to the actions of third parties and therefore denies the same. Experian further states that its investigation of the present matter is ongoing. Accordingly, Experian reserves the right to amend this Answer. In response to the numbered paragraphs in the Complaint, Experian states as follows:

---

[1] For ease of reference and to facilitate a review of its Answer and Affirmative Defenses, Experian has attempted to incorporate into its Answer the primary headings used by Plaintiff in the Complaint, although Experian does not adopt, either expressly or by implication, any statements contained in those headings.

## **INTRODUCTORY STATEMENT**

1. In response to Paragraph 1 of the Complaint, without conceding whether Plaintiff states any viable claim for relief, Experian admits that Plaintiff's Complaint is brought pursuant to the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* ("FCRA"). Experian denies that Plaintiff is entitled to any relief from Experian. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of this paragraph of the Complaint that relates to Experian. With respect to the allegations relating to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of this paragraph of the Complaint.

## **PARTIES**

2. In response to Paragraph 2 of the Complaint, Experian admits that Plaintiff has alleged that he is a natural person residing at 2137 River Road, Damascus, PA, 18415.

3. In response to Paragraph 3 of the Complaint, Experian admits that Plaintiff has alleged that he was a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. In response to Paragraph 4 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

5. In response to Paragraph 5 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

6. In response to Paragraph 6 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

7.	In response to Paragraph 7 of the Complaint, Experian also admits that it is an Ohio corporation qualified to do business and regularly conducts business in the Commonwealth of Pennsylvania, with its corporate headquarters in Costa Mesa, California.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of this paragraph of the Complaint that relates to Experian.

8.	In response to Paragraph 8 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f).  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of this paragraph of the Complaint that relates to Experian.

9.	In response to Paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

10.	In response to Paragraph 10 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

## JURISDICTION AND VENUE

11.	In response to Paragraph 11 of the Complaint, Experian admits that Plaintiff has alleged that jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. § 1681p.  Experian states that this is a legal conclusion, which is not subject to denial or admission.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of this paragraph of the Complaint.

12.	In response to Paragraph 12 of the Complaint, Experian admits that Plaintiff has alleged that venue is proper.  Experian states that this is a legal conclusion, which is not subject to

denial or admission.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of this paragraph of the Complaint.

## FACTUAL ALLEGATIONS

13. In response to Paragraph 13 of the Complaint, Experian restates and incorporates its responses to the preceding paragraphs of the Complaint as if fully set forth herein.

14. In response to Paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

15. In response to Paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

16. In response to Paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

17. In response to Paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

18. In response to Paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

19. In response to Paragraph 19 of the Complaint, Experian admits only that, on or around December 2024, Toyota Motor Credit Corp. reported an unpaid balance from Plaintiff. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of this paragraph of the Complaint that relates to Experian.

20. In response to Paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

21. In response to Paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

22. In response to Paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

## Dispute Letters to Experian

23. In response to Paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

24. In response to Paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

25. In response to Paragraph 25 of the Complaint, Experian states only that it received a dispute letter on or around February 20, 2025. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of this paragraph of the Complaint that relates to Experian.

26. In response to Paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

27.     In response to Paragraph 27 of the Complaint, Experian denies the allegations contained therein, including allegations containing characterizations and legal or other conclusions to which no response is required.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

28.     In response to Paragraph 28 of the Complaint, Experian denies the allegations contained therein, including allegations containing characterizations and legal or other conclusions to which no response is required.  Experian states only that it sent correspondence to Plaintiff on or around February 20, 2025.  The material quoted from such correspondence in Paragraph 29 speaks for itself, and, on that basis, Experian further denies any allegations of Paragraph 28 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of this paragraph of the Complaint that relates to Experian.

29.     In response to Paragraph 29 of the Complaint, Experian states only that it sent correspondence to Plaintiff on or around February 20, 2025.  The quoted material in Paragraph 29 speaks for itself, and, on that basis, Experian denies any allegations of Paragraph 29 inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of this paragraph of the Complaint that relates to Experian.

30.     In response to Paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

31.     In response to Paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

32.     In response to Paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

33.     In response to Paragraph 33 of the Complaint, Experian denies the allegations contained therein, including allegations containing characterizations and legal or other conclusions to which no response is required.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

34.     In response to Paragraph 34 of the Complaint, Experian states that it mailed dispute results to Plaintiff on or around August 4, 2025.  Experian states that the dispute results speak for themselves, and, on that basis, denies any allegations inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of this paragraph of the Complaint that relates to Experian.

35.     In response to Paragraph 35 of the Complaint, Experian states that it mailed dispute results to Plaintiff on or around August 4, 2025.  Experian states that the dispute results speak for themselves, and, on that basis, denies any allegations inconsistent therewith.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of this paragraph of the Complaint that relates to Experian.

**Dispute Letters to Equifax**

36. In response to Paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

37. In response to Paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

38. In response to Paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

39. In response to Paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

40. In response to Paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

41. In response to Paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

42. In response to Paragraph 42 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

43. In response to Paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

44. In response to Paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

45. In response to Paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

46. In response to Paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

47. In response to Paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

48. In response to Paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

49. In response to Paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

**Dispute Letters to Trans Union**

50.     In response to Paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

51.     In response to Paragraph 51 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

52.     In response to Paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

53.     In response to Paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

54.     In response to Paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

55.     In response to Paragraph 55 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

56.     In response to Paragraph 56 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

57. In response to Paragraph 57 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

58. In response to Paragraph 58 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

59. In response to Paragraph 59 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

60. In response to Paragraph 60 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

61. In response to Paragraph 61 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

## Toyota's Receipt of Dispute Letters

62. In response to Paragraph 62 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

63. In response to Paragraph 63 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

64. In response to Paragraph 64 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

65. In response to Paragraph 65 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

66. In response to Paragraph 66 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

67. In response to Paragraph 67 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

68. In response to Paragraph 68 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

69. In response to Paragraph 69 of the Complaint, Experian states that it sent dispute results to Plaintiff on or around August 4, 2025. Experian states that the dispute results speak for themselves, and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of this paragraph of the Complaint that relates to Experian. As to the allegations relating to third parties, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every relevant allegation of this paragraph of the Complaint.

70. In response to Paragraph 70 of the Complaint, Experian states that the dispute results speak for themselves, and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of this paragraph of the Complaint that relates to Experian. As to the allegations relating to third parties, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every relevant allegation of this paragraph of the Complaint.

*Count I – Violation of the Fair Credit Reporting Act*
(Applies to Experian, Equifax, and Trans Union)

71. In response to Paragraph 71 of the Complaint, Experian restates and incorporates its responses to the preceding paragraphs of the Complaint as if fully set forth herein.

72. In response to Paragraph 72 of the Complaint, Experian states that this is a legal conclusion, which is not subject to denial or admission. To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it has violated the FCRA and that it is liable to Plaintiff for any alleged damages. As to the allegations relating to third parties, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every relevant allegation of this paragraph of the Complaint.

73. In response to Paragraph 73 of the Complaint, Experian states that this is a legal conclusion, which is not subject to denial or admission. To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it has violated the FCRA and that it is liable to Plaintiff for any alleged damages. As to the allegations relating to third parties, Experian is without knowledge or information

sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every relevant allegation of this paragraph of the Complaint.

74. In response to Paragraph 74 of the Complaint, Experian states that this is a legal conclusion, which is not subject to denial or admission. To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it has violated the FCRA and that it is liable to Plaintiff for any alleged damages. As to the allegations relating to third parties, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every relevant allegation of this paragraph of the Complaint.

75. In response to Paragraph 75 of the Complaint, Experian states that this is a legal conclusion, which is not subject to denial or admission. To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it has violated the FCRA and that it is liable to Plaintiff for any alleged damages. As to the allegations relating to third parties, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every relevant allegation of this paragraph of the Complaint.

76. In response to Paragraph 76 of the Complaint, Experian states that this is a legal conclusion, which is not subject to denial or admission. To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein. Experian further denies that it has violated the FCRA and that it is liable to Plaintiff for any alleged damages. As to the allegations relating to third parties, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies, generally and specifically, each and every relevant allegation of this paragraph of the Complaint.

*Count II – Violation of the Fair Credit Reporting Act*
(Applies to Toyota)

77. In response to Paragraph 77 of the Complaint, Experian restates and incorporates its responses to the preceding paragraphs of the Complaint as if fully set forth herein.

78. In response to Paragraph 78 of the Complaint, Experian states that this is a legal conclusion, which is not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations relating to third parties, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

79. In response to Paragraph 79 of the Complaint, Experian states that this is a legal conclusion, which is not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations relating to third parties, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

80. In response to Paragraph 80 of the Complaint, Experian states that this is a legal conclusion, which is not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations relating to third parties, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

81. In response to Paragraph 81 of the Complaint, Experian states that this is a legal conclusion, which is not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations relating to third parties, and, on that basis, denies, generally and specifically, each and every allegation of this paragraph of the Complaint.

In response to the allegations in the unnumbered paragraph beginning with "WHEREFORE" on Page 10 of the Complaint, Experian denies that Plaintiff is entitled to the relief sought against it and denies, generally and specifically, each and every allegation contained therein which is directed toward Experian.  With respect to the allegations and claims relating to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation or claim of this paragraph of the Complaint.

## TRIAL BY JURY

82.     In response to Paragraph 82 of the Complaint, Experian admits that Plaintiff has demanded trial by jury as to all issues so triable.

## EXPERIAN'S AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them. Nothing stated herein is intended or shall be construed as an acknowledgement that any particular issue or subject matter is relevant to Plaintiff's allegations.

## FIRST AFFIRMATIVE DEFENSE
## (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## SECOND AFFIRMATIVE DEFENSE
## (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

16

## THIRD AFFIRMATIVE DEFENSE
### (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

## FOURTH AFFIRMATIVE DEFENSE
### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate his damages.

## FIFTH AFFIRMATIVE DEFENSE
### (REASONABLE PROCEDURES)

At all times relevant to the Complaint, Experian followed reasonable procedures to assure the maximum possible accuracy of Plaintiff's credit reports.

## SIXTH AFFIRMATIVE DEFENSE
### (INTERVENING/SUPERSEDING CAUSE)

Experian is informed and believes and thereon alleges that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

## SEVENTH AFFIRMATIVE DEFENSE
### (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

## EIGHTH AFFIRMATIVE DEFENSE
### (INDEMNIFICATION)

Any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

### NINTH AFFIRMATIVE DEFENSE
### (COMPLIANCE/GOOD FAITH)

Plaintiff's claims fail to the extent that, at all relevant times with respect to Plaintiff, Experian acted in good faith and complied fully with the FCRA and relevant state laws.

### TENTH AFFIRMATIVE DEFENSE
### (PROXIMATE CAUSE)

Plaintiff's claims fail to the extent that Plaintiff's purported damages were the direct and proximate result of the conduct of Plaintiff or others.

### ELEVENTH AFFIRMATIVE DEFENSE
### (ARBITRATION)

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

### TWELFTH AFFIRMATIVE DEFENSE
### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian hereby gives notice that it intends to rely on any additional defenses that become available or apparent through discovery and/or the factual development in this case or otherwise, and thus reserves the right to amend its Answer to assert such additional defenses.

### PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1) That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2) That Experian be dismissed as a party to this action;

(3) For costs of suit and attorneys' fees herein incurred; and

(4) For such other and further relief as the Court may deem just and proper.

Respectfully submitted this 6th day of March, 2026.

        <u>*/s/ Mohammad A. Ghiasuddin*</u>
Mohammad A. Ghiasuddin
Pa. Bar No. 83925
**MARGOLIS EDELSTEIN**
The Curtis Center
170 S Independence Mall W, Suite 400E
Philadelphia, PA 19106-3337
mghiasuddin@margolisedelstein.com
Telephone: 215-931-5802
Facsimile: 215-922-1772

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on March 6, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court and served upon all counsel of record via the CM/ECF system.

    */s/ Mohammad A. Ghiasuddin*
Mohammad A. Ghiasuddin
Pa. Bar No. 83925
**MARGOLIS EDELSTEIN**
The Curtis Center
170 S Independence Mall W, Suite 400E
Philadelphia, PA 19106-3337
mghiasuddin@margolisedelstein.com
Telephone: 215-931-5802
Facsimile: 215-922-1772

*Attorney for Defendant*
*Experian Information Solutions, Inc.*