**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| John Culliton,<br><br>           Plaintiff<br><br><br>      v.<br><br><br>Toyota Motor Credit Corp., *et al.*,<br>           Defendants | Docket No. 3:26-cv-00262-KM<br><br>(Judge Karoline Mehalchick)<br><br><br>ELECTRONICALLY FILED |

**CONSENT MOTION TO CONTINUE THE
CASE MANAGEMENT CONFERENCE**

1. The case management conference in this matter is currently scheduled for April 16, 2026.

2. Plaintiff's counsel has a prior-scheduled conflict for the date and time of the conference.

3. Plaintiff therefore requests that the case management conference be continued to a later date.

4. This request is not being sought for any improper purpose, or to cause unnecessary delay.

5. Plaintiff has conferred with Defendants, and all Defendants concur with this request to continue the case management conference.

      WHEREFORE, Plaintiff respectfully requests that the Court reschedule the case management conference.

                                        *s/ Brett M. Freeman*
                                        Brett M. Freeman

Bar Number PA 308834
FREEMAN LAW
Attorney for Plaintiff
358B Hamlin Highway
Lake Ariel, PA 18436
P: (570) 589-0010
F: (570) 456-5955
brett@freeman.law

## CERTIFICATE OF CONCURRENCE

All parties concur with the relief requested in this motion.

*s/ Brett M. Freeman*
Brett M. Freeman

## CERTIFICATE OF SERVICE

Service is being effectuated via the Court's CM/ECF system.

*s/ Brett M. Freeman*
Brett M. Freeman