## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John Culliton,<br>　　　　　　　Plaintiff<br><br>　　　　v.<br><br>Toyota Motor Credit Corp., *et al.*,<br>　　　　　　　Defendants | Docket No. 3:26-cv-00262-KM<br><br>(Judge Karoline Mehalchick)<br><br><br>ELECTRONICALLY FILED |

### ORDER

And now this _____ day of _____, 2026, upon consideration of Plaintiff's

Consent Motion to Continue the Case Management Conference, it is hereby ordered

that the motion is GRANTED. The case management conference in this matter will

be held on _____, 2026 at _____.


　　　　　　　　　　　　　　　By the Court:


　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　Karoline Mehalchick
　　　　　　　　　　　　　　　United States District Judge