## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John Culliton,<br>    Plaintiff | Docket No. 3:26-cv-00262-KM |
| | (Judge Karoline Mehalchick) |
| v. | |
| | ELECTRONICALLY FILED |
| Toyota Motor Credit Corp., *et al.*,<br>    Defendants | |

## ORDER

And now this __24th__ day of __March__ 2026, upon consideration of Plaintiff's

Consent Motion to Continue the Case Management Conference, it is hereby ordered

that the motion is GRANTED. The case management conference in this matter will

be held on __May 14__, 2026 at __8:30 A.M.__

By the Court:

*Karoline Mehalchick*

Karoline Mehalchick
United States District Judge