**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| John Culliton,<br><br>    Plaintiff<br><br>v.<br><br>Toyota Motor Credit Corp., *et al.*,<br>    Defendants | Docket No. 3:26-cv-00262-KM<br>(JUDGE KAROLINE M. MEHALCHICK)<br><br><br>Electronically Filed |

**NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC**

Plaintiff and Trans Union, LLC have reached a settlement in this matter. It is expected that settlement will be completed within 60-days. Plaintiff's claims against the other remaining Defendants remain. Plaintiff and Trans Union, LLC will circulate a stipulation of dismissal to all parties once the settlement has been completed.

*s/ Brett Freeman*
Brett Freeman
Bar Number: PA 308834
Freeman Law
358B Hamlin Highway
Lake Ariel, PA 18436
Attorney for Plaintiff
Phone (570) 589-0010
Facsimile (570) 456-5955
Email brett@freeman.law