**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| John Culliton, | |
| Plaintiff, | |
| v. | Case No. 3:26-cv-00262-KM |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; TransUnion LLC; and Toyota Motor Credit Corp., | (JUDGE KAROLINE MEHALCHICK) |
| Defendant(s). | Filed Electronically |

**ORDER**

Upon consideration of the Stipulation of Dismissal as to Experian Information Solutions, Inc. by the parties, it is hereby ordered that the stipulation is approved. Experian Information Solutions, Inc. is hereby dismissed from this matter with prejudice.

Date:_____                    _____

Karoline Mehalchick
United States District Judge