## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

John Culliton,

   Plaintiff,

  v.

Equifax Information Services, LLC;
Experian Information Solutions, Inc.;
TransUnion LLC; and Toyota Motor
Credit Corp.,

   Defendant(s).

Case No. 3:26-cv-00262-KM

(JUDGE KAROLINE MEHALCHICK)

Filed Electronically

## ORDER

Upon consideration of the Stipulation of Dismissal as to Experian

Information Solutions, Inc. by the parties, it is hereby ordered that the stipulation is

approved. Experian Information Solutions, Inc. is hereby dismissed from this

matter with prejudice.

Date: 5/18/26

_Karoline Mehalchick_
Karoline Mehalchick
United States District Judge