## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CULLITON,

        Plaintiff

    v.

TOYOTA MOTOR CREDIT CORP., et. al.,

        Defendant

CIVIL ACTION NO. 3:26-CV-262

(MEHALCHICK, J.)

### ORDER

**AND NOW**, this 22nd day of May, 2026, it is **HEREBY ORDERED** that the parties shall complete preliminary discovery by September 25, 2026. An additional Case Management Conference shall be scheduled by further order of court.

BY THE COURT:

*/s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States District Judge**