**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

John Culliton,

      Plaintiff,

    v.

Equifax Information Services, LLC;
Experian Information Solutions, Inc.;
Trans Union LLC; and Toyota Motor
Credit Corp.,

      Defendant(s).

Case No. 3:26-cv-00262-KM

(JUDGE KAROLINE MEHALCHICK)

Filed Electronically

## STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC WITH PREJUDICE

The parties hereby stipulate to the dismissal of Trans Union, LLC from this matter with prejudice.

*s/ Brett Freeman*
Brett Freeman
Attorney for Plaintiff
Bar Number PA 308834
FREEMAN LAW
358B Hamlin Highway
Lake Ariel, PA 18436
Phone (570) 589-0010
Facsimile (570) 456-5955
Email brett@freeman.law

*s/ Vincent Roskovensky (with consent)*
Vincent M. Roskovensky, Bar. No. 89447
vroskovensky@clarkhill.com
One Oxford Center
301 Grant Street, 14th Floor

Pittsburgh,  Pennsylvania 15219
Telephone:  412-394-7716
*Counsel for Defendant Equifax Information Services,
LLC*

*/s/Myra D. Feagin (with consent)*

Myra D. Feagin, Esq.
(admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 607
E-Mail:  mfeagin@qslwm.com

*Counsel for Defendant Trans Union, LLC*

*s/ Jaimy L. Rothschild Rippe (with consent)*
Daniel C. Fleming, Esq. (SBN 80126)
Jaimy L. Rothschild Rippe, Esq.
**Wong Fleming, P.C.**
400 Alexander Park Drive, Suite 201
Princeton, NJ 08540
Phone: (609) 951-9520
Fax: (609) 951-0270
Email: dfleming@wonfleming.com;
jrippe@wongfleming.com; sshalloo@wongfleming.com;
edubuisson@wongflemikng.com;
clloyd@wongfleming.com; rcrawley@wongfleming.com

*Counsel for Toyota Motor Credit Corp.*