## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

John Culliton,

      Plaintiff,

    v.

Equifax Information Services, LLC;
Experian Information Solutions, Inc.;
Trans Union LLC; and Toyota Motor
Credit Corp.,

      Defendant(s).

Case No. 3:26-cv-00262-KM

(JUDGE KAROLINE MEHALCHICK)

Filed Electronically

## ORDER

Upon consideration of the Stipulation of Dismissal as to Experian Trans

Union, LLC by the parties, it is hereby ordered that the stipulation is approved.

Trans Union, LLC is hereby dismissed from this matter with prejudice.

Date: 6/26/26

_Karoline Mehalchick_
Karoline Mehalchick
United States District Judge