**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| John Culliton, | |
| Plaintiff, | |
| v. | Case No. 3:26-cv-00262-KM |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; Trans Union LLC; and Toyota Motor Credit Corp., | (JUDGE KAROLINE MEHALCHICK) |
| Defendant(s). | Filed Electronically |

## STIPULATION OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE

The parties hereby stipulate to the dismissal of Equifax Information Services, LLC from this matter with prejudice, with each party to bear its own fees and costs with respect to each other.

*s/ Brett Freeman*

Brett Freeman
Attorney for Plaintiff
Bar Number PA 308834
FREEMAN LAW
358B Hamlin Highway
Lake Ariel, PA 18436
Phone (570) 589-0010
Facsimile (570) 456-5955
Email brett@freeman.law

*s/ Vincent M. Roskovensky (with consent)*
Vincent M. Roskovensky, Bar. No. 89447
vroskovensky@clarkhill.com

One Oxford Center
301 Grant Street, 14th Floor
Pittsburgh,  Pennsylvania 15219
Telephone:  412-394-7716
*Counsel for Defendant Equifax Information Services, LLC*

*s/ Jaimy L. Rothschild Rippe (with consent)*
Daniel C. Fleming, Esq. (SBN 80126)
Jaimy L. Rothschild Rippe, Esq.
**Wong Fleming, P.C.**
400 Alexander Park Drive, Suite 201
Princeton, NJ 08540
Phone: (609) 951-9520
Fax: (609) 951-0270
Email: dfleming@wonfleming.com;
jrippe@wongfleming.com; sshalloo@wongfleming.com;
edubuisson@wongflemikng.com;
clloyd@wongfleming.com; rcrawley@wongfleming.com

*Counsel for Toyota Motor Credit Corp.*