# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

John Culliton,

      Plaintiff,

    v.

Equifax Information Services, LLC;
Experian Information Solutions, Inc.;
Trans Union LLC; and Toyota Motor
Credit Corp.,

      Defendant(s).

Case No. 3:26-cv-00262-KM

(JUDGE KAROLINE MEHALCHICK)

Filed Electronically

## **ORDER**

Upon consideration of the Stipulation of Dismissal as to Equifax Information Services, LLC by the parties, it is hereby ordered that the stipulation is approved. Equifax Information Services, LLC is hereby dismissed from this matter with prejudice, with each party to bear their own respective fees and costs.

Date:_____

_____
Karoline Mehalchick
United States District Judge