Daniel C. Fleming, Esq. (Bar No. 80126)
**WONG FLEMING, PC**
1500 John F. Kennedy Blvd.,
Two Penn Center Plaza, Suite 810
Philadelphia, PA 19102
(215) 546-2776 Telephone
(215) 546-3206 Fax
Email: dfleming@wongfleming.com;
jrippe@wongfleming.com
*Attorneys for Defendant Toyota Motor Credit Corp.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| John Culliton,<br>Plaintiff<br>v.<br><br>Toyota Motor Credit Corp. *et al*,<br>Defendants | Docket 3:26-CV-00262-KM<br><br>(JUDGE KAROLINE MEHALCHICK) |

**MOTION FOR PROTECTIVE ORDER (CONFIDENTIALITY)**

Defendant, Toyota Motor Credit Corporation ("TMCC"), through its undersigned attorneys, hereby moves pursuant to Federal Rules of Civil Procedure 26(b)(1), 26(b)(2)(C), and 26(c) for a Protective Order governing the disclosure and use of confidential, proprietary, commercially sensitive, and trade-secret information sought in discovery, and in support thereof, avers:

1. Plaintiff filed this action under the Fair Credit Reporting Act ("FCRA") under 15 U.S.C. § 1681s-2(b) against TMCC, alleging that TMCC improperly investigated and reported information concerning Plaintiff's automobile loan account following disputes submitted through consumer reporting agencies. TMCC has denied Plaintiff's allegations and denies any liability.

2. In the course of this litigation, Plaintiff served discovery upon TMCC. Plaintiff seeks information concerning TMCC's internal business operations, credit reporting procedures, dispute investigation procedures, training materials, quality assurance processes, business practices, proprietary systems, and other confidential commercial information.

3. The requested materials contain confidential, proprietary, commercially sensitive, and trade-secret information that TMCC does not disclose to the public and takes substantial measures to safeguard from disclosure.

4. Public disclosure of such materials could provide competitors with access to TMCC's internal procedures, operational practices, compliance methods, business strategies, and proprietary information, thereby causing competitive harm to TMCC.

5. The disputed discovery requests seek information that is not proportional to the needs of this case within the meaning of Rule 26(b)(1).

6. Pursuant to Rule 26(b)(2)(C), the discovery sought is unreasonably cumulative or duplicative, and can be obtained from a more convenient, less burdensome, or less expensive source.

7. TMCC does not seek to prevent discovery but instead seeks reasonable protections governing the use, dissemination, and disclosure of confidential information produced in this litigation so that such information is used solely for purposes of this action.

8. Good cause therefore exists under Federal Rule of Civil Procedure 26(c) for entry of a Protective Order restricting the disclosure and use of TMCC's confidential, proprietary, commercially sensitive, and trade-secret information.

WHEREFORE, Defendant Toyota Motor Credit Corporation respectfully requests that this Court enter the attached Order imposing confidentiality and conditions upon the materials submitted by TMCC to Plaintiff in response to Plaintiff's discovery requests.

Respectfully Submitted,

August 21, 2026

*/s/ Daniel C. Fleming*
Daniel C. Fleming, Esq. (Bar No. 80126)
**WONG FLEMING, PC**
1500 John F. Kennedy Blvd.,
Two Penn Center Plaza, Suite 810
Philadelphia, PA 19102
(215) 546-2776 Telephone
(215) 546-3206 Fax
Email: dfleming@wongfleming.com;
jrippe@wongfleming.com
*Attorneys for Defendant Toyota Motor Credit Corp.*

**CERTIFICATE OF SERVICE**

I, Daniel C. Fleming, Esq., hereby certify that a true and correct copy of the foregoing Motion for Protective Order (Confidentiality) has been filed electronically with the Court and also served via Email and First Class U.S. Mail, postage prepaid, to interested counsel/parties as follows:

Brett Freeman, Esq.
Bar Number PA 308834
FREEMAN LAW
358B Hamlin Highway
Lake Ariel, PA 18436
P: (570) 589-0010
F: (570) 456-5955
brett@freeman.law
*Attorney for Plaintiff*

*/s/ Daniel C. Fleming*

Daniel C. Fleming, Esq. (Bar No. 80126)
**WONG FLEMING, PC**
1500 John F. Kennedy Blvd.,
Two Penn Center Plaza, Suite 810
Philadelphia, PA 19102
(215) 546-2776 Telephone
(215) 546-3206 Fax
Email: dfleming@wongfleming.com;
jrippe@wongfleming.com
*Attorneys for Defendant Toyota Motor Credit Corp.*