**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| John Culliton,<br>Plaintiff<br>v.<br><br>Toyota Motor Credit Corp. *et al*,<br>Defendants | Docket 3:26-CV-00262-KM<br><br>(JUDGE KAROLINE MEHALCHICK)<br><br>[PROPOSED] ORDER |

AND NOW, this ____________ day of ________________, (year), upon consideration of Defendant's Motion for Protective Order (Confidentiality), and of any responses thereto, it is hereby **ORDERED AND DECREED** that Defendant's Motion be and hereby is **GRANTED** and that Plaintiff is bound by Confidentiality with regard to any and all materials provided to them in response to their subpoena from the third-party vendor.

BY THE COURT:

______________________

Hon.