**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN CULLITON,<br><br>Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:26-CV-00262<br><br>(MEHALCHICK, J.) |

**ORDER**

**AND NOW,** this 26th day of August 2026, **IT IS ORDERED** that Plaintiff's Letter regarding a discovery dispute (Doc. 37) is **REFERRED** to Chief Magistrate Judge Daryl F. Bloom for referral to a U.S. Magistrate Judge for resolution.

**BY THE COURT:**

s/ Karoline Mehalchick

**KAROLINE MEHALCHICK**
**United States District Judge**