**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN CULLITON,** | : | |
| | : | **NO. 3:26-CV-262** |
| **Plaintiff** | : | |
| | : | **(Mehalchick, J.)** |
| **v.** | : | |
| | : | **(Caraballo, M.J.)** |
| **TOYOTA MOTOR CREDIT CORP.,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 31st day of August 2026, upon referral of the above matter to the undersigned for the purpose of resolving a discovery dispute (Docs. 36, 37 ), IT IS HEREBY ORDERED that a telephone discovery conference is scheduled with counsel on **Thursday, September 3, 2026, at 11:30 a.m.** Counsel for Plaintiff shall initiate the call and have all parties on the line prior to calling chambers at 570-207-5710.

BY THE COURT,

s/ Phillip J. Caraballo
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE