**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| **Abbreviated Case Name** | **Civil No.** | **Conference Time** |
|---|---|---|
| *Mazza, et. al. v. Nationwide General Insurance Company* | 3:26-CV-0439 | 10:30 A.M. |
| *Bountiful Capital, LLC v. Karen Kaminski* | 3:25-CV-0888 | 10:45 A.M. |
| *Culliton v. Toyota Motor Credit Corp.* | 3:26-CV-0262 | 11:00 A.M. |

**ORDER**

**AND NOW**, this 1st day of September 2026, in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule 16.1, **IT IS HEREBY ORDERED** that:

1. IN ADDITION TO THE PROCEDURES AND REQUIREMENTS OUTLINED BELOW, COUNSEL AND THE PARTIES ARE REQUIRED TO REVIEW THE **LOCAL RULES OF COURT**, THE UNDERSIGNED'S **JUDICIAL PREFERENCES**, THE CASE MANAGEMENT ORDERS DOCKETED IN EACH MATTER, AND THE UNDERSIGNED'S **ORDER ON THE USE OF ARTIFICIAL INTELLIGENCE**.

2. **Case Management List.** The above cases comprise the case management list for Friday, October 2, 2026.

3. **Conference of Counsel.** In accordance with Local Rule 16.3(a), lead counsel shall confer and prepare for submission a joint case management plan in the form found at **Appendix A** to the Local Rules. Counsel for plaintiff(s) shall be responsible for arranging the conference of counsel and shall offer opposing counsel at least three alternative dates with no less than 14 days' notice. Counsel should also be familiar with the court's **Expense and Delay Reduction Plan**.

4. **Case Management Plans.** At least seven days before the conference, counsel shall file the joint case management plan with the court. Failure to file a case management plan in a timely manner will result in the conference being automatically canceled and rescheduled to the next scheduled case management conference day. Failure to timely file a plan before the ***second*** scheduled conference may result in sanctions against counsel or the parties.

5. **Operative Dates and Deadlines.** The court will divide case management into two phases: a discovery and dispositive motions phase, and a trial

phase. A separate case management order will issue at the beginning of each phase. For purposes of the joint case management plan, counsel shall endeavor to jointly agree on all applicable dates. If counsel cannot agree, each counsel shall propose applicable dates in conformity with the court's calendar.

6. **Date and Times of Conferences.** Case management conferences will be held on the date and at the times designated above. Lead counsel fully authorized to make decisions in the case shall participate in the conference. If lead counsel wishes to be excused from the from the conference, such counsel shall contact chambers and advise at least two working days before the conference.

7. **Telephonic Conference.** Unless the court orders otherwise, all case management conferences shall be held by telephone. Counsel for plaintiff(s) shall initiate the telephone conference to counsel. Counsel for all parties shall be on the line and prepared to proceed before calling chambers at (570) 207-5740.

8. **Case Management Order.** Any oral agreements reached by counsel and any oral orders or other additional directions issued by the court during the case management conference will be memorialized in a case management order. Once case management deadlines have been established, extension of those time periods will not be granted except for good cause.

9. **Continuance.** Any request for continuance of the case management conference shall be made by motion in conformity with the Local Rules and shall be filed at least seven days before the conference.

10. **Discovery.** Counsel shall not cease active discovery pending disposition of a motion to dismiss.

11. **Alternate Dispute Resolution.** Paragraph 8.0 of the Standard Joint Case Management Plan relates to alternative dispute resolution procedures. If the parties cannot agree upon an alternative dispute resolution procedure to be used, the court will discuss the same at the joint case management conference. No alternative dispute resolution procedure will be ordered if any party is not interested in participating at that juncture.

**BY THE COURT:**

s/ Karoline Mehalchick

**KAROLINE MEHALCHICK**
**United States District Judge**