**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN CULLITON,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORP., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC.<br><br>Defendants. | Case No.: 3:26-cv-00262-KM<br><br>Hon. Karoline Mehalchick<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Robert Crawley, of Wong Fleming, P.C. hereby appears in this action on behalf of Toyota Motor Credit Corporation. All papers in this Action should be served upon the undersigned at the address indicated.

**WONG FLEMING, P.C.**

By: _/s/Robert Crawley_
Robert Crawley, Esq., (PA SBN 319712)
400 Alexander Park Drive, Suite 201
Princeton, NJ, 08540
Phone: (609) 951-9520
Fax: (609) 951-0270
Email: rcrawley@wongfleming.com
*Attorneys for Defendant, Toyota Motor Credit Corporation*