**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN CULLITON,** | : | |
| | : | **No. 3:26-CV-262** |
| **Plaintiff** | : | |
| | : | **(Mehalchick, J.)** |
| **v.** | : | |
| | : | **(Caraballo, M.J.)** |
| **TOYOTA MOTOR CREDIT CORP.,** | : | |
| | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 4th day of September 2026, following a discovery conference with counsel for the parties on September 3, 2026, IT IS HEREBY ORDERED as follows:

1. The parties shall meet and confer, by **September 10, 2026**, following defendant's initial production of discovery and identification of the remaining, unproduced documents for which defendant is seeking a protective order.

2. A telephone discovery conference is scheduled with counsel on **Friday, September 11, 2026, at 3:00 p.m.** Counsel for plaintiff shall initiate the call and have all parties on the line prior to calling chambers at 570-207-5710.

3. Should the parties resolve their discovery dispute, they are DIRECTED to update the Court with a joint filing on the docket, and may file an amended motion for a protective order, as necessary.

BY THE COURT,

s/ Phillip J. Caraballo

PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE