**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| John Culliton,<br>Plaintiff<br><br>v.<br><br>Toyota Motor Credit Corp. *et al*,<br>Defendants | Docket No. 3:26-cv-00262-KM<br><br>(Judge Karoline Mehalchick)<br><br>Electronically Filed |

**STIPULATION TO EXTEND DISCOVERY DEADLINE**

Plaintiff John Culliton and Defendant Toyota Motor Credit Corporation (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Pursuant to the Court's Scheduling order, the current deadline for completion of fact discovery is September 25, 2026.
2. The Parties have engaged in written discovery and document production and have participated in meet-and-confer discussions concerning discovery issues.
3. The Parties are presently waiting a discovery conference with the Court regarding certain outstanding discovery disputes.
4. Additional time is needed to complete document production, resolve outstanding discovery issues, and conduct any remaining face discovery.
5. The requested extension is sought in good faith and not for purposes

of delay.

6. Accordingly, the Parties stipulate and agree that the deadline for completion of discovery shall be extended from September 25, 2026, to December 10, 2026.

WHEREFORE, the Parties respectfully request that the Court approve this Stipulation and extend the fact discovery deadline through December 10, 2026.

Respectfully submitted,

Stipulated To By:

*/s/ Brett Freeman* (with consent)
Brett Freeman
Bar Number PA 308834
FREEMAN LAW
*Attorney for Plaintiff*
358B Hamlin Highway
Lake Ariel, PA 18436
Phone (570) 589-0010
Facsimile (570) 456-5955
Email: brett@freeman.law

*/s/ Daniel C. Fleming* (with consent)
Daniel C. Fleming, Esq. (Bar No. 80126)
**WONG FLEMING, P.C.**
1500 John F. Kennedy Blvd.,
Two Penn Center Plaza, Suite 810
Philadelphia, PA 19102
Telephone: (215) 546-2776
Fax: (215) 546-3206
Email: dfleming@wongfleming.com
jrippe@wongfleming.com
*Attorneys for Defendant Toyota Motor Credit Corporation*

**ORDER**

So ordered

Date:______________________

______________________
Karoline Mehalchick
United States District Judge