**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN CULLITON,** | : | |
| | : | **NO. 3:26-CV-262** |
| **Plaintiff** | : | |
| | : | **(Mehalchick, J.)** |
| **v.** | : | |
| | : | **(Caraballo, M.J.)** |
| **TOYOTA MOTOR CREDIT CORP.,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

AND NOW, this 17th day of September 2026, following a telephonic discovery conference held with counsel for the parties on September 11, 2026, IT IS HEREBY ORDERED as follows:

1. The parties are to meet and confer concerning the redactions contained in defendant's recent document production and, if necessary, defendant shall produce a corresponding redaction or privilege log to plaintiff.
2. A telephonic status conference is scheduled with the undersigned on September 22, 2026, at 2:30 p.m. Counsel for plaintiff shall initiate the call and have all parties on the line prior to calling chambers at 570-207-5710.

3. Should the parties resolve all remaining disputes in advance of the above noted conference, they shall notify the Court by filing a joint letter on the docket.

BY THE COURT,

s/ Phillip J. Caraballo

PHILLIP J. CARABALLO
United States Magistrate Judge