FREEMAN LAW

Brett M. Freeman
Attorney-at-Law
358B Hamlin Highway
Lake Ariel, PA 18436
(570) 589-0010

September 17, 2026

Hon. Phillip Caraballo
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18503

**RE: John Culliton v. TransUnion, LLC*, et al.***
**Middle District of Pennsylvania**
**Docket No. 3:26-cv-00262-KM**

Dear Judge Caraballo:

I represent the Plaintiff in the above-referenced matter. I am writing to inform the Court that the parties have been able to resolve the discovery issue which led to the filing of my letter dated August 26, 2026, and which is docketed at Doc. 37. Thus, as you requested during our last telephone call, I am writing to advise that the parties no longer believe that there is a need for the discovery conference currently scheduled for September 22, 2026 at 2:30 PM.

I thank you for your time and attention to this matter, as your assistance proved invaluable to resolving this dispute.

Sincerely yours,
Brett M Freeman
Brett Freeman

cc: Jaimy Rothschild Rippe and Robert Crawley, Counsel for Toyota Motor Credit Corp.
*(VIA CM/ECF ONLY)*