**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN CULLITON,** | : | |
| | : | **NO. 3:26-CV-262** |
| **Plaintiff** | : | |
| | : | **(Mehalchick, J.)** |
| **v.** | : | |
| | : | **(Caraballo, M.J.)** |
| **TOYOTA MOTOR CREDIT CORP.,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

AND NOW, this 21st day of September 2026, upon consideration of the letter docketed by counsel for plaintiff (Doc. 48), IT IS HEREBY ORDERED that the discovery disputes raised in Doc. 37 are deemed RESOLVED.

IT IS FURTHER ORDERED that the conference scheduled for September 22, 2026 is CANCELED.

BY THE COURT,

s/ Phillip J. Caraballo
PHILLIP J. CARABALLO
United States Magistrate Judge