**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| John Culliton,<br>Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; Trans Union LLC; and Toyota Motor Credit Corp.,<br>Defendants | Docket No. 3:26-cv-00262-KM<br><br>(Judge Karoline Mehalchick<br><br>ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of Toyota Motor Credit Corp. from this matter with prejudice, with each side to bear its own fees and costs.

*s/ Brett M. Freeman*
Brett M. Freeman
Bar Number PA 308834
FREEMAN LAW
Attorney for Plaintiff
358B Hamlin Highway
Lake Ariel, PA 18436
P: (570) 589-0010
F: (570) 456-5955
brett@freeman.law

*s/ Jaimy Rothschild Rippe (with consent)*
Daniel C. Fleming, Esq. (SBN 80126)
Jaimy Rothschild Rippe
Wong Fleming, P.C.
400 Alexander Park Drive, Suite 201
Princeton, NJ 08540
Attorney for Toyota Motor Credit Corp.
P: (609) 951-9520
F: (609) 951-0270
dfleming@wonfleming.com
jrippe@wongfleming.com