**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| John Culliton,<br>Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; Trans Union LLC; and Toyota Motor Credit Corp.,<br>Defendants | Docket No. 3:26-cv-00262-KM<br><br>(Judge Karoline Mehalchick)<br><br>ELECTRONICALLY FILED |

**ORDER**

Upon consideration of the Stipulation of Dismissal as to Toyota Motor Credit Corp. filed by the parties, it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to dismiss the case.

Date:______________

____________________________
Karoline Mehalchick
United States District Judge